UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA                           :
                                                   :
                                                   :
                                                   :
          - against -                              :
                                                   :
                                                   :          25 CR 108 (NGG)
DARYL CAMPBELL                                      :
                                                   :
                                                   :
                                                   :
                              Defendant.            :
------------------------------------------------------------------X


**SENTENCING MEMORANDUM FOR DARYL CAMPBELL**
**(with related documents)**



                              Respectfully submitted,
                    By:       /s/Kenneth J. Montgomery//
                              Law Office of Kenneth Montgomery
                              396 Waverly Ave,
                              Brooklyn, New York
                              Tel: 917-770-5590
                              Email: ken@kjmontgomerylaw.com

                              *Attorney for Daryl Campbell*

# KENNETH J. MONTGOMERY

### ATTORNEY AT LAW

396 WAVERLY AVENUE                                           Tel:(718)403-9261
SUITE A                                                      Fax: (347) 402-7103
BROOKLYN, NEW YORK 11238        Email:KEN@KJMONTGOMERYLAW.COM

Admitted NY

**VIA: ECF**

The Honorable Judge Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: United States v. Daryl Campbell Criminal
Docket 25 Cr. 108 (NGG)*

Dear Judge Garaufis:

This sentencing memorandum is submitted in advance of sentencing for Daryl Campbell. As the Court is aware, Mr. Campbell is charged with bringing in contraband into the MDC BOP facility, a facility that is notorious for malfeasance from the staff, mistreatment of inmates and staff, and a myriad of issues stemming from institutional dysfunction. This Court has presided over several matters where crimes have been committed by both staff and inmates at MDC. I have also represented staff charged with very serious criminal and civil violations in this courthouse. Counsel has traveled throughout the country and visited federal and state jails throughout America. Counsel also runs a nonprofit, and we provide programming at the juvenile jail, Crossroads in Brownsville, Brooklyn, where I spend a significant amount of time at that facility as well. Federal jails, state jails, and juvenile jails share something in common- They are all run poorly, and dysfunction is the standard. Prison systems seem to be the only corporations and institutions in our society that are allowed to be run poorly and with little to no oversight to improve systemically. Some call it the upside-down world, as social norms and jail culture are beyond the understanding of most people, including the majority of us in the legal profession. Mr. Campbell's charged conduct is serious; he isn't beyond redemption. His story and narrative

as to how he became incarcerated at MDC in many regards is a tragedy on many levels. He was well on his way to fame, stardom, and financial success before being incarcerated in 2017.

In 2017, Mr. Campbell was arrested in the SDNY for Felon in Possession of a firearm stemming from a shooting at Washington Irving Plaza, which resulted in a death and several people being shot. There was no federal nexus for the actual shooting, so Mr. Campbell was prosecuted in the State after he pleaded guilty in the federal matter. Campbell was initially brought into Federal custody in 2017 and bounced between Rikers Island, MCC, and MDC while his federal case was disposed of and while awaiting trial for the state murder charge and related counts. I represented Mr. Campbell in both federal and state matters. He was acquitted of the more serious murder count but convicted of manslaughter in the first degree. and was sentenced to 35 years of incarceration, even though there were mitigating facts established at trial that Mr. Campbell was jumped and assaulted, as well as shot at after a struggle over a firearm. The sentencing for Mr. Campbell's 2017 Federal matter was held in abeyance until the completion of the related state murder trial in New York County. As a result, Mr. Campbell was not sentenced in the federal matter until 2023. Mr. Campbell has been incarcerated since 2017. During his nine years of incarceration, Mr. Campbell has been held at MCC, MDC, Canaan, and Rikers Island, all through harsh conditions and COVID-19.

The state trial, in many ways, was a case study in how a cloud of ignorance and deprivation swallows some of the brightest in our communities. Prior to representing Daryl Campbell, I met him as a guest on his popular, groundbreaking podcast. I was first introduced to Mr. Campbell by my deceased friend and entertainment lawyer, Reggie Osse. Reggie, who was part-owner of the Loudspeaker Network, which produced and distributed Daryl Campbell's podcast, Tax Season. Reggie was a mentor to Daryl Campbell up until his death from colon cancer. I have had numerous meaningful conversations with Mr. Campbell prior to my representation of him regarding life and his future. Mr. Campbell is as bright as he is intelligent and socially aware. His intelligence and brightness were a breath of fresh air in an entertainment culture filled with ignorance and meaningless cliches. Mr. Campbell challenged the norms of street, gang, and jail culture. The show's popularity and success made him a tastemaker and someone on the doorstep of unimaginable success. This conviction and 35-year sentence have derailed Daryl Campbell's success and promising future, but he remains someone capable of

redemption and promise even as he serves a 35-year sentence. Mr. Campbell has already completed serving his time for his federal indictment in SDNY.

## The Origins and Cycle of a Traumatic Life

Mr. Campbell is a 40-year-old man born and raised in the crosshairs of poverty, trauma, and incredibly difficult circumstances in the East New York section of Brooklyn, New York. These difficult circumstances and environments, coupled with several traumatic experiences at a young age, have had a causal and correlative connection to the criminality in the instant indictment. The risk factors in Mr. Campbell's life have served as a window into the deprivation he endured and into some of the decisions he has made regarding his conduct in the underlying state matter and in the case before Your Honor.

Despite these challenges, throughout his life, Mr. Campbell has been recognized nationally for his incredible talents, from his childhood acting to his groundbreaking work as a podcaster, journalist, and music-industry tastemaker. During my time with Daryl, I have always been moved by his intellect, desire to inspire others, and his deep love and commitment to his culture and community. In a short time, Mr. Campbell became a nationally revered personality and influencer. He has assisted in developing artists and helped create business strategy models for several companies and artists. Mr. Campbell persevered through childhood trauma and the death of his father while persevering through a very tough neighborhood. Mr. Campbell's resilience and ability to survive adversity have been a gift and a curse.

## Mr. Campbell's Parental Upbringing

Mr. Campbell grew up in the East New York section of Brooklyn, New York, with his single mother and younger brother.

Any discussion of Mr. Campbell's upbringing has to mention the history of East New York. Walter Thabit's "How East New York Became A Ghetto" accurately depicts the adversity Mr. Campbell had to overcome while growing up in East New York with his younger brother.

East New York is unfairly defined by violence and trauma, and extreme levels of poverty and governmental neglect.

In 1996, East New York was one of only four community districts in New York with more than 350 juvenile arrests; the rate was 43 per 1000 juveniles. In 1993, East New York was still reeling from the social and economic turmoil of the previous three decades. While significant progress in East New York is being made today through gentrification, the elimination of poverty and social instability is not counted among that progress. The community is still reeling from the human damage that resulted from a racial shift in the population due to white flight in the 1950s and 1960s. Government-funded mortgage programs excluded Black and Hispanic residents, and a paradigm of redlining was established in Black and Puerto Rican communities in East New York. Financial institutions regularly used toxic financial instruments to further disenfranchise the East New York Community.

The history of East New York also includes neglect by local and federal authorities, underfunded schools and social services, and economic divestment from formidable financial institutions. The almost total neglect by the city and its agencies almost brought the area to the brink of collapse. East New York has withstood the heroin epidemic of the '70s, the AIDS epidemic of the '80s, and the crack epidemic of the '90s. Over the years, East New York has received band-aid measures in the form of progress and attention, when major surgery was required to revitalize the community.

East New York, like many cities in America, was created and defined by apartheid-like policies. The negative impact of racial and economic segregation was manifold in East New York and resulted in a lack of social services. Advances in education, child care, health, youth programs, and other social services were disrupted by austerity policies and political ineptness. As an example of the neglect and corruption that prevented growth in the community, top Federal Housing Authority officials and prestigious firms like Dun and Bradstreet were indicted for lying about East New York homebuyer incomes, appraised values, and housing quality in the service of unscrupulous mortgage brokers who were paying them off. In 1966, 40 percent of East New York households lived in poverty. In 1985, the year after Mr. Campbell was born, New York City recorded 1,786 murders, and for the next 13 years, the city averaged nearly two thousand murders per year. Many of those murders occurred in East New York. Very few cities in America exhibited the level of destruction and violence like East New York.

Years of deprivation created an urban war zone, stripping East New York of infrastructure capable of pulsing through the damage in the community and addressing the harm done over time. The community was devastated by the divestment that left the neighborhood virtually abandoned. As a young child growing up in neighboring Brownsville, I vividly remember playing in vacant lots and abandoned buildings for fun and being in awe of the sheer destruction that surrounded the community I lived in. As a young child, you internalize your environment and become keenly aware that something isn't right. As a child growing up in that type of environment, you are keenly aware of what is happening but ill-equipped to change your surroundings. Mr. Campbell was one of those young kids who had to reconcile the absurdity of his surroundings and reality.

When Mr. Campbell grew up, violence was a pandemic in East New York and touched all aspects of community and life, so much so that both children and adults became accustomed to the popping and banging sound of gunfire.

This is the environment Mr. Campbell was raised in by his single mother. Mr. Campbell's father was brutally murdered just yards away from him when he was a child while playing outside with cousins and friends.

East New York presented a number of challenges for a single mother. Mr. Campbell's mother was an immigrant from Honduras who came to the United States at the age of 10. Despite his parents' split, Mr. Campbell loved his father. Mr. Campbell has always considered his relationship with his father the most important in his life, reasonably so, given the importance of a father figure in a young man's life.

Mr. Campbell's father was brutally murdered in East New York when Mr. Campbell was only eight years old. He was only five houses away from the scene of the murder. His father was shot to death during a dispute in broad daylight.

Within seconds after the murder, he learned that the most important male figure in his life had abruptly and violently left his life, and his most cherished relationship was unexpectedly cut short. Nothing could have prepared Mr. Campbell for this distressing news and the exceedingly harmful impact it would have on his life going forward.

**<ins>Trauma after the Death of his Father</ins>**

Mr. Campbell suffered from deep levels of unresolved trauma after the death of his father. As a young child, he often wondered if a similar fate awaited him. His father's death left him susceptible to unaddressed trauma.

Before his father's burial, information began circulating throughout the neighborhood regarding his father's killer being a man to be feared. Mr. Campbell's anxiety was magnified by the fear of running into the man who presumably killed his father and who he feared was also after him. Daryl was no longer an ordinary eight-year-old; by most accounts, he had lost his childhood innocence.

### Mr. Campbell's home life

In spite of the trauma, Mr. Campbell only knew Brooklyn as his home, the same home that took his father away from him, and it was no longer a safe place. He no longer had a positive male role model or protector, and he could not confide in his mother, who struggled to make ends meet. He, his mother, and brother would share a home with extended family to make ends meet. His aunts and cousins who lived with him were recreational users of drugs like cocaine and crack cocaine, and as afraid as he was outside, he could not find peace inside either.

His most vivid memories of his childhood are filled with memories of drug use. Drug use and violence became normalized in Mr. Campbell's young childhood.

### Early Education for Mr. Campbell

Despite the neighborhood being filled with negative influences, Mr. Campbell did exceptionally well in school at an early age. However, his father's death impacted his behavior in school, leading to many disciplinary issues and decreased performance. Many successful children have the time and space to grow in a healthy environment, but the defendant was never afforded that luxury as a matter of course.

Mr. Campbell's mother recognized the downward trend he was having and decided to take action to counteract it; she enrolled him in programs and extracurricular activities. He attended improv classes in Lower Manhattan to hone his acting skills, which proved successful, as he found a passion for acting. As a child, he appeared in music videos and on television shows such as Law & Order, Die Hard III, and Money Train, where he played the childhood version of Wesley Snipes.

### Active Roadblocks

Mr. Campbell was journeying towards a full-time career as a child actor, but it all vanished before his eyes. While playing on a local playground, he suffered an injury and a laceration to his face. He fully recovered but was left with a noticeable scar that hampered his ability to secure any additional roles. No matter how talented he was and how much experience he had gained in such a short time, the industry was uninterested in children with facial scars. The incident quickly took him back to the feeling of helplessness he felt when he lost his father.

During his acting career, Daryl regained his momentum in school, but as he began to yield to his passion, he reverted to disruptive behavior. It was his way of reacting to all the stress and trauma he was never taught to deal with and could not escape. He would have physical altercations with his peers to release the anger he felt from life's unfair circumstances.

### Introduction to radio

In eighth grade, his science teacher told Mr. Campbell he had a great radio voice, and he took the compliment to heart, wanting a better life for himself and his family. He started paying more attention to how radio hosts sounded; he quickly discerned and embraced the idea that he might be a great radio host. Daryl's voice was first heard on the radio as a caller on a relatively popular show called Real Rap Radio. He called regularly, and listeners were so drawn to his perspective and voice that they would request his opinion. The radio company, acknowledging Mr. Campbell's natural talent, invited him to have his own segment, which was titled "10 minutes with Tax." It quickly became one of the most favored shows, and he found a spark of hope in life.

### High school experience

Mr. Campbell attended Aviation High School in Queens, where he experienced significant culture shock. Growing up in a predominantly black community and attending a predominantly white high school was difficult for him. He was striving academically, striving to do better and be better; however, this environment was just as unsafe for him. His classmates

regularly beat him up, which became unbearable for him, so he transferred to Canarsie High School.

Canarsie was known for its high level of gang activity and violence, which Mr. Campbell had already been exposed to since he was a child. He could not escape the violence. It was a war zone that he had to survive every day, and he could not afford to make mistakes or be perceived as weak because the cost would have been his life. He progressively got weary and dropped out of high school around 9/11. In spite of dropping out of high school, it is pretty remarkable that Mr. Campbell was able to make a living for himself as a brand, not by selling drugs or trafficking firearms like so many young men in his predicament.

### Impact of 9/11

When 9/11 occurred, Mr. Campbell was still attending Canarsie High School. His mother worked in one of the towers, and he had no contact with her for the next 48 hours. After losing his father, he witnessed his mother's sacrifices for him and his brother, and he developed deep admiration and love for her. He had already lost one parent, and the thought of losing the other was something that he feared immensely. The range of information from the media and his inability to communicate with his mother led him to believe she was dead. He experienced deep levels of abandonment, and he could not find any solace as he had to be strong for his little brother. Fortunately, his mother was safe, and he resumed growing up in Brooklyn and navigated the gang and street culture that had consumed Black neighborhoods and popular entertainment culture.

### Life as a high school Dropout

After dropping out, Mr. Campbell lived between Harlem and Brooklyn, where he actively engaged with the gangs. Life did not get easier for him; instead, on September 6, 2006, he was shot in his left eye and was hospitalized. When he was released, despite the doctors' recommendation to enroll in rehab treatment for being partly blind, he could not receive treatment because of his financial and social situation. The injury and trauma of being shot in the eye changed his life forever. His immediate thought after being shot in the eye was the death of his father. His getting shot was a sober reality that no one was safe in his world.

### **Denouncing Gang Life**

In August 2007, Mr. Campbell was incarcerated for gun possession until August 2009. During this time, he reflected on his journey and realized he was living a life he had never wanted in the first place. In the prison, there was a man, whom he knew to be homeless, running the gangs. For the first time, he returned to his childhood; he met the little boy who had no choice. He remembered his father advising him never to get involved in gang life, but he also remembered how he felt standing before his coffin as they lowered it into his grave. He wanted to understand what happened to him. He wanted to know how he went from having hopes and dreams to being confined within four walls. He conducted research on gangs, the Black Panthers, and the Black liberation movement. His findings were so enlightening that he used them, along with his personal experience, to advocate against gang life.

As an advocate against gang life, Mr. Campbell educated several gang members and helped them become respectable members of their community. He worked with anti-gang organizers such as Lily Hoffman, who was impressed by his ability to convey the message to these young men. Lily can attest to more than 30 gang members turning their lives around thanks to Mr. Campbell's passionate advocacy. Despite his incredible transition, in 2010, he was sentenced to one more year in prison for being out past curfew in violation of his parole. He did not let this additional time take away from the hard work he had completed; both in jail and after serving his sentence, he denounced gangs and called young men to pivot toward a better life. He used his platform to promote that narrative.

### **Success after leaving Gangs behind**

Upon his release, Mr. Campbell attempted to continue his segment on Real Rap Radio, but the opportunity was no longer available. He knew a platform would help him reach more people, allowing him to advocate for even more young men. He started researching social media marketing as Instagram and Twitter were rising as important platforms. He quickly grew a large following by sharing highly inspirational and relatable content. Additionally, he recognized a gap

in the city's rap scene, so he began urging prominent radio hosts to be more supportive of New York artists. This is indicative of Mr. Campbell's intelligence.

The style and tenacity of Mr. Campbell's content and commentaries led him to become a force in the rap music industry. With this much traction, he successfully built the platform he wanted and launched his show, "The Swag Report." He not only promoted New York artists but also sought out emerging, unrecognized talent. To him, it was more than just the music; it was also a way to help members of his community build better lives for themselves. He began managing several artists, including Nyemiah Supreme; he secured her a television deal, managed her marketing, and secured a record deal with the legendary producer Timbaland. His work was giving him all the promotion he needed.

In 2012, Mr. Campbell began managing more major artists, including Dave East and the Real Kyanne, which led to new connections with well-respected hip-hop journalists. Two years later, he met Charlamagne the God during an interview with Nyemiah Supreme, which changed the trajectory of his career. Charlemagne was intrigued by his wit and humor, and he advocated for him with his MTV connections. MTV contacted him with an offer to join their show "Uncommon Sense," which he unquestionably accepted and exceeded all expectations.

In 2015, Mr. Campbell wholly disconnected from the environment he grew up in and started his groundbreaking Tax Season Podcast. It is well known in many circles in the entertainment urban world that Mr. Campbell is the catalyst for the current million-dollar urban podcast landscape that dominates pop culture. His work in television and media became very lucrative, and he became more influential. From the first episodes, the Tax Season Podcast interviewed legendary guests such as Russel Simmons, co-founder of Def Jam Records. From this interview, he was on the national radar of *Good Morning America* and *The Today Show*. He also received prestigious awards, including MTV's *Top 10 Show Host* and BET's *Red Carpet Special*. His life was becoming an accurate representation of someone using what was meant to destroy them to generate positivity, which makes this case tragic on many levels.

**<u>Sentencing Recommendation</u>**

Sentencing Guidelines are no longer mandatory. *See, United States v. Booker, 534 U.S. 220, 245-246 (2005).* Individualized consideration of all the relevant factors under 18 U.S.C. §

3553(a) should be taken into consideration. Mr. Campbell's life characteristics, including his upbringing and the 35-year sentence he is currently serving, are factors that militate in his favor.

For the reasons stated above, the Defendant requests a moderate variance from the sentencing guidelines. The defendant requests that the Court sentence the Defendant to 25-30 months to be served concurrently with his 35-year state sentence, which he is currently serving.

The requested sentence is sufficient and not greater than necessary to meet the goals of Congress.

A sentencing judge has considerable latitude to determine the appropriate punishment for an individual offender and their specific crime. In addition to taking into account the Guidelines range, the district court must form its own view of the "nature and circumstances of the offense and the history and characteristics of the defendant" 18 U.S.C. §§ 3553 (a)(1). 18 U.S.C. §§ 3553 is reflected in 18 U.S.C. §§ 3661, which states:

*No limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense that a court of the United States may receive and consider for the purpose of imposing a sentence that is sufficient and not greater than necessary.*

Respectfully submitted,

By:     /s/*Kenneth J. Montgomery//*
Law Office of Kenneth Montgomery
396 Waverly Ave,
Brooklyn, New York
Tel: 917-770-5590
Email: ken@kjmontgomerylaw.com

*Attorney for Daryl Campbell*